**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

DISTRICT COURT - N.D. OF N.Y.

**FILED**

SEP 20 2021

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

Stephanie Gilmore.    **Plaintiff(s)**    )
                                          )
                                          )
NYS. dept    **vs.** Kathy Hochul,       )
of health    Center for disability       )
                                          )
                 **Defendant(s)** Services )

Civil Case No.: 1: 21-cv-1035 (GTS/CFH)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ✓ JURY _____ COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.    This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States.  This action is brought pursuant to 42 U.S.C. § 1983.  The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.    Plaintiff: Stephanie Gilmore

       Address: P.O. Box 1541

       Troy new York 12181

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: Governor Kathy Hochul

             Official Position: NYS. Governor

             Address: 110 State Street

             Albany new York

             12207

b.    Defendant: NYS. dept of health Katherine E. Ceroald

Official Position: _____

Address: Empire State plaza Corning tower building Rm. 2438 Albany new york. 12237

c.    Defendant: Center for disability services.

Official Position: Employer

Address: 314 South manning Blvd. Albany new york. 12208

Additional Defendants may be added on a separate sheet of paper.

4.                                  **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On august 24th 2021 Governor Hochul issued an unconstitutional vaccine mandate on all healthcare workers. taking away Religious exemptions. autonomy, freedom of choice, and weekly testing option. Plaintiff has never taken a Flu vaccine always declined and use mask option. mandate also does not have any exemptions for natural immunity, which plaintiff has.

5.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**


### FIRST CAUSE OF ACTION

On august 24 Govenor Hochul issued an unconstitutional vaccine mandate. for all healthcare workers. with no religious exemption. or freedom to make one's personal decision to vaccinate.

### SECOND CAUSE OF ACTION

August 26' 2021 NYS. department of health Kathline Cerbato mandated the covid vaccine for all healthcare workers. with no religious exemptions, no autonomy. no freedom of choice. no testing weekly option. an no natural immunity exemption.

### THIRD CAUSE OF ACTION

On September 10, 2021 Ruth Keneston of center for disability made me aware that. I must be vaccinated in order to maintain employment. No testing option offered. no religious exemption allowed. No natural immunity exemption.

6.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Restraining order from vaccine mandate. Religious exemption allowed. to continue employment. Center for disability Services liable for any adverse effects of vaccine if plaintiff is forced or coerced to vaccinate.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/20/2021

Stephen Fillmore.

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Stephanie Gilmore    Plaintiff(s)    )
    )
    )
vs. Governor Kathy Hochul    )
NYS. dept of health services    )
Center for disability services Defendant(s)    )
    )

Civil Case No.:

**CIVIL COMPLAINT**
**PURSUANT TO**
**TITLE VII OF THE**
**CIVIL RIGHTS ACT,**
**AS AMENDED**

Plaintiff(s) demand(s) a trial by: ✔ JURY ____ COURT  (Select **only** one).

**JURISDICTION**

1.    Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

**PARTIES**

2.    Plaintiff: Stephanie Gilmore

    Address: P.O. Box 1541

    Troy new york

    12181

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: Kathy Hochul

    Official Position: Governor

    Address: 110 State Street.

    Albany New York

    12207.

b.    Defendant:    _NYS. Department of Health_

_Katherine E. Ceroalo._

Official Position:    _____

Address:    _Empire State Plaza_
_Corning building tower Rm. 2438_
_Albany N.Y. 12237_

4.    This action is brought pursuant to:

✓   Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C.
      § 2000e *et seq.,* and the Civil Rights Act of 1991, for employment discrimination
      based on race, color, religion, sex or national origin.

_____   Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as
      amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for
      employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

      (A)    _____    My race or color.
      (B)    ✓    My religion.
      (C)    _____    My sex (or sexual harassment).
      (D)    _____    My national origin.
      (E)    _____    My pregnancy.
      (F)    _____    Other: _____.

7.    The conduct complained of in this action involves:

      (A)    _____    Failure to employ.
      (B)    _____    Termination of employment.
      (C)    _____    Failure to promote.
      (D)    _____    Unequal terms and conditions of employment.
      (E)    _____    Reduction in wages.
      (F)    _____    Retaliation.
      (G)    ✓    Other acts as specified below:
      _Continuously threatened with_
      _termination / layoff._

8.                            **FACTS**

Set forth the facts of your case which substantiate your claims.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Kathy Hochul issued a vaccine mandate that does not allow Religious exemptions.

NYS. Department of health- also issued vaccine mandate for all healthcare workes. taking away autonomy, Religious exemption and freedom of choice. No natural immunity. Center for disability Services. - Continues to threaten employment for vaccine non compliance.

9.                       **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Discrimination based on Religion, for not being allowed to utilize Religious exemption for a vaccine mandate.

**SECOND CAUSE OF ACTION**

Center for disability Services, discriminate due to not allowing Religious exemption for vaccine mandate. in violation of Civil Rights acts. taking away ones autonomy and the right to make an informed medical decision.

**THIRD CAUSE OF ACTION**

Plantiff is currently being threatened with termination. if non compliant with Vaccine mandate. Center for disability Services to be held liable. for any adverse effects of Vaccine. due to plantiff being forced r coerced. into taking vaccine under duress.

10.    I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

9/20/2021

(Provide Date)

11.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

(Provide Date)

12.    The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13.    The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14.    The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.   **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

- Restraining order to prevent vaccine mandate.
- Re instatement of religious exemption.
- Employer liable for any adverse effects of vaccine, if plaintiff is forced / coercion to vaccinate.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/20/2021

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010